**GRANTED**

*Judge Yvonne Gonzalez Rogers*

1  Eric C. Schaffer (SBN 221883)
2  BOWIE & SCHAFFER
   2255 Contra Costa Blvd, Suite 305
3  Pleasant Hill, CA 94523
   Telephone (925) 939-5300
4  Telecopier (925) 609-9670

5
   Attorneys for plaintiff Antioch Street Limited, a California
6  limited partnership

7

8                    UNITED STATE DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 ANTIOCH STREET LIMITED, a California  ) Case No. 22-cv-00408-AGT
   limited partnership,                  )
12                                       ) JOINT STIPULATION FOR DISMISSAL
                   Plaintiff,            ) [FRCP, Rule 41(a)(1)(A)(ii)]
13      vs.                              )
                                         )
14 NATIONWIDE MUTUAL INSURANCE           )
   COMPANY; and DOES 1 THROUGH 25,       )
15 inclusive,                            )
                                         )
16                                       )
                   Defendants.           )
17 _____)

18

---

-1-
JOINT STIPULATION FOR DISMISSAL
[FRCP, Rule 41(a)(1)(A)(ii)]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated:  March 2, 2023                    BOWIE & SCHAFFER

                                                                           _____/s/ Eric C. Schaffer_____
                                                                           Eric C. Schaffer
                                                                           Attorneys for Plaintiff Antioch Street Limited

Dated:  March 2, 2023                    GORDON REES SCULLY MANSUKHANI

                                                                           _____/s/ Zina Yu_____
                                                                           Mathew Foy
                                                                           Zina Yu
                                                                           Attorneys for Defendant Nationwide
                                                                           Mutual Insurance Company